UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY AVILA,<br><br>    Plaintiff,<br><br>    v.<br><br>M D McMAHON, et al.,<br><br>    Defendants. | No. 2:18-cv-00163-MCE-AC-PS<br><br><br><br>ORDER |

This matter is before the court on a stipulation between plaintiff, who is appearing in pro se, and defendant John Davis to allow defendant Davis an extension of time to file an answer to plaintiff's complaint. ECF No. 5. Although this document was entered into the record as a motion, it is clear from the contents that it is in fact a stipulation. The parties request a 28 day extension from the original answer due date of February 20, 2018. The court GRANTS the parties' stipulation at ECF No. 5 and extends the deadline for defendant John Davis to file an answer to March 20, 2018.

IT IS SO ORDERED.

DATED: March 1, 2018

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE