UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY AVILA,<br><br>  Plaintiff,<br><br>  v.<br><br>M.D. McMAHON, et al.,<br><br>  Defendants. | No. 2:18-cv-00163-JAM-AC (PS)<br><br>ORDER |

Plaintiff is proceeding in this action pro se. The action was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21). This matter is before the court on plaintiff's motion for an extension of time to respond to defendant's motion to dismiss. ECF No. 26.

On February 22, 2018, defendant the County of San Joaquin filed a motion to dismiss. ECF No. 4. Plaintiff did not timely file a response. On May 10, 2018, the court re-set the hearing on the motion to give plaintiff a second opportunity to respond. ECF No. 22. The court specifically cautioned plaintiff that his failure to comply with the order and file a response would be construed as a non-opposition, and that it would result in a recommendation that his claim be dismissed pursuant to Federal Rule of Civil Procedure 41(b). Id. Plaintiff again failed to file a response or take any other action in this case. On May 11, 2018, the undersigned issued findings and recommendations that plaintiff's claims against the County of San Joaquin be dismissed

1

without prejudice for failure to prosecute. ECF No. 24.

On June 4, 2018, plaintiff filed a motion for a 30 day extension of time to respond to defendant's motion to dismiss. ECF No. 26. The body of plaintiff's filing indicates that plaintiff may have intended it to be a motion for an extension of time to file objections to the court's findings and recommendations. Id. at 2. Although plaintiff has not shown good cause for his delay, in the interest of resolving this case on the merits and in consideration of judicial economy, the court will WITHDRAW its findings and recommendations at ECF No. 24 and re-set the hearing on defendant's motion to dismiss (ECF No. 4). Plaintiff's failure to timely respond to the motion to dismiss will be construed as a statement of non-opposition and may result in sanctions.

In conclusion, it is hereby ORDERD that:

1. The findings and recommendations at ECF No. 24 are withdrawn;
2. A hearing on defendant County of San Joaquin's motion to dismiss (ECF No. 4) is set on July 11, 2018 at 10:00 AM in Courtroom 26 (AC) before Magistrate Judge Allison Claire;
3. In accordance with the new hearing date, plaintiff must file his opposition to defendant's motion no later than June 27, 2018. Plaintiff's failure to respond will be construed as a statement of non-opposition; and
4. Plaintiff is cautioned that his failure to abide by this court order may result in sanctions, up to and including dismissal of his case.

DATED: June 6, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2