UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ANTHONY AVILA,

    Plaintiff,

    v.

M.D. McMAHON, et al.,

    Defendants.

No.  2:18-cv-00163-JAM-AC

ORDER

    The court is in receipt of plaintiff's ex parte request to participate in electronic filing pursuant to Local Rule 133(b)(3).  ECF No. 31.  The court has reviewed the filing and, upon finding good cause, GRANTS plaintiff's request.  The Clerk of Court is hereby directed to make the necessary arrangements to allow plaintiff to participate in electronic filing for this case.

    IT IS SO ORDERED.

DATED: June 19, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE