UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY AVILA, | No. 2:18-cv-00163 JAM AC |
| Plaintiff, | |
| v. | ORDER |
| M.D. MCMAHON, et al., | |
| Defendants. | |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On July 17, 2018, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 39. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 17, 2018, are adopted in full;

////

////

1

2. The County's motion to dismiss (ECF No. 4) is granted, and plaintiff is granted leave to amend. Leave to amend is limited to plaintiff's claim(s) against the County.

DATED: September 27, 2018

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATED DISTRICT COURT JUDGE

Avil0163.801

2