UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY AVILA,<br><br>Plaintiff,<br><br>v.<br><br>M.D. McMAHON, et al.,<br><br>Defendants. | No. 2:18-cv-00163-JAM-AC (PS)<br><br><br><br>ORDER |

On July 17, 2018, the undersigned issued Findings and Recommendations to District Judge John A. Mendez recommending that plaintiff's case against defendant County of San Joaquin ("the County") be dismissed, but that plaintiff be given leave to file an amended complaint which would amend only the claims against the County. ECF No. 39. Before Judge Mendez had the opportunity to rule on the Findings and Recommendations, plaintiff submitted a motion to amend. ECF No. 42. The County filed a motion to dismiss plaintiff's proposed amended complaint as well as a motion to strike. ECF Nos. 43 and 44. Following the entry of all of these motions, on September 28, 2018, Judge Mendez adopted the undersigned's Findings and Recommendations in full. ECF No. 45.

Plaintiff's motion to amend (ECF No. 42) was premature and improperly filed while the Findings and Recommendations were pending, and therefore must be denied. Because the motion to amend is denied, the County's motions (ECF Nos. 43 and 44) are denied as moot. Plaintiff's

1

time period for filing an amended complaint was triggered by Judge Mendez's adoption of the undersigned's Findings and Recommendations. ECF No. 45. Plaintiff has 30 days from the date of the adoption to file an amended complaint; no motion to amend is necessary.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to amend (ECF No. 42) is DENIED as premature and improperly filed;
2. Defendant's motion to dismiss (ECF No. 43) and motion to strike (ECF No. 44) are DENIED as moot and the hearing set for these matters is VACATED;
3. Plaintiff may file an amended complaint, amending claims only as to the County in accordance with the Findings and Recommendations at ECF No. 39, without filing a motion to amend. The amended complaint is due on or before October 28, 2018.

IT IS SO ORDERED

DATED: October 1, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE