UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY AVILA,<br><br>Plaintiff,<br><br>v.<br><br>M.D. McMAHON,<br><br>Defendant. | No. 2:18-cv-00163 JAM AC (PS)<br><br><br>ORDER |

Plaintiff is proceeding in this action pro se. The action was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21). On March 27, 2019, District Judge John A. Mendez adopted in full the undersigned's findings and recommendations dismissing the County of San Joaquin from this case. ECF No. 57. In light of this ruling, defendant M.D. McMahon is the only remaining defendant. The court therefore ORDERS as follows:

1. Plaintiff must submit a Second Amended Complaint that includes only his claims against defendant M.D. McMahon, and which does not rely on or refence any prior complaint, no later than April 26, 2019;
2. The parties must submit a joint status report and proposed case schedule within 30 days of the filing of plaintiff's Second Amended Complaint; and

////

1

3. Plaintiff's failure to file a Second Amended Complaint by April 26, 2019 may result in dismissal of this action for failure to prosecute.

IT IS SO ORDERED.

DATED: March 28, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE