UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY AVILA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>M.D. McMAHON, et al.,<br><br>　　　　　　Defendants. | No. 2:18-cv-00163 JAM AC (PS)<br><br><br>ORDER |

Plaintiff is proceeding in this action pro se. The action was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21). On November 26, 2019, defendant filed a Request to Modify the Pretrial Scheduling Order, asking the Court to extend the Rule 26 expert disclosure, rebuttal expert disclosure and discovery cut-off deadline to complete plaintiff's deposition prior to Rule 26 expert disclosure. ECF No. 66. Defendant cited plaintiff's failure to respond to communications as both the reason the extension is necessary and the reason the parties did not present a stipulation. ECF No. 66-1 at ¶ 4.

GOOD CAUSE HAVING BEEN SHOWN, defendant's request is granted. The Discovery and Scheduling Order is hereby amended as follows: Rule 26 expert disclosure date is

////

////

////

1

January 10, 24 2020; rebuttal expert disclosure is January 24, 2020; expert discovery completion date is February 21, 2020.  All other dates remain the same.

IT IS SO ORDERED.

DATED: December 2, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE