IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID ANTHONY AVILA,** | 2-18-cv-00163 JAM AC (PS) |
| Plaintiff, | **ORDER PURSUANT TO STIPULATION** |
| v. | Action Filed: January 25, 2018 |
| **M D MCMAHON, ET AL.,** | |
| Defendant. | |

The court has reviewed the parties' stipulation finds good cause to continue discovery and trial related dates, although the parties' suggested pre-trial conference and trial dates were unavailable. The court adjusts the schedule as follows:

1. All discovery shall be completed by May 8, 2020; Brief mid-litigation joint statement shall be filed no later than fourteen (14) days prior to close of discovery;

2. Discovery motions to compel shall heard no later than April 30, 2020;

3. Expert discovery shall be completed by May 24, 2020;

4. All law and motion, except as to discovery, shall be completed on or before June 22, 2020;

1

5. The final pretrial conference from is set before District Judge John A. Mendez on July 31, 2020, at 10:00 a.m., in Courtroom No. 6, 14th Floor. Pretrial statements shall be filed in accordance to Local Rules 284 and 282;

6. A jury trial is set to commence on September 14, 2020 at 9:00 a.m. before Judge John A. Mendez, as set by Status (Pretrial Scheduling) Order, ECF 64.

**IT IS SO ORDERED**

Dated: February 10, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE