UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY AVILA,<br><br>Plaintiff,<br><br>v.<br><br>M.D. MCMAHON,<br><br>Defendant. | No.  2:18-cv-0163 JAM AC PS<br><br><br><br>ORDER |

Plaintiff proceeds in this action in pro per.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On October 16, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 90.  Plaintiff has filed objections to the findings and recommendations. ECF No. 91.  Defendant filed an opposition to the objections.  ECF No. 92.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 16, 2020, are adopted in full; and

2. Defendant's motion for summary judgment (ECF No. 79) is GRANTED and plaintiff's

1  pending motions (ECF Nos. 83 and 85) are DENIED as MOOT.

2

3

4  DATED: December 21, 2020            /s/ John A. Mendez
                                      THE HONORABLE JOHN A. MENDEZ
5                                     UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28